WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ASHLEIGH K. LANDIS (CA SBN 281601)
ALandis@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000L
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ACH FOOD COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACH FOOD COMPANIES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | 3:17-cv-01872-JAH-MDD<br><br>Action Filed: Sept. 14, 2017<br><br>Judge John A. Houston<br><br>**DEFENDANT ACH FOOD COMPANIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Hearing Date: December 18, 2017<br>Hearing Time: 2:30 p.m.<br>Ctrm: 13B |

la-1363485

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on December 18, 2017 at 2:30 p.m. or as soon thereafter as argument may be heard, at the United States District Court for the Southern District, 333 W Broadway, Courtroom 13B, Suite 1380, San Diego, CA 92101, Defendant ACH Food Companies, Inc. ("ACH") will move this Court for an order dismissing the instant action in its entirety.

The motion will be supported by this Notice, the concurrently filed Memorandum of Points and Authorities and Declaration of Martha Cassens, and all papers and materials herein.

Dated:    November 2, 2017         MORRISON & FOERSTER LLP

By: */s/ William F. Tarantino*
William F. Tarantino

Attorneys for Defendant
ACH FOOD COMPANIES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 2, 2017, the foregoing document was filed electronically and was served on all counsel who are deemed to have consented to electronic service pursuant to L.R. 5.4(c) and (d).

*/s/ William F. Tarantino*
William F. Tarantino