PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ACH FOOD COMPANIES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-01872-JAH-MDD<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Date:        December 18, 2017<br>Time:       2:30 p.m.<br>Courtroom: 13B<br>Judge:      Hon. John A. Houston |

1  Plaintiff requests that the Court take judicial notice of the following documents in connection with his response to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) pursuant to *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (noting that the Ninth Circuit can take judicial notice of matters of public record), and Federal Rule of Evidence 201(b)(2):

1. Attached hereto as **Exhibit "1"** is a copy of the Order Overruling Demurrer filed on April 5, 2017 in the Superior Court of California, County of San Francisco in the civil action entitled *Jackie Arcala, et al. v. Golden Grain Co., et al.*, Case No. CGC – 16-555084, slip op. (Cal. Super. Ct. Apr. 5, 2017), which was, in turn, filed on April 12, 2017 as Exhibit A to Plaintiff's Notice of Supplemental Authority in *Bratton v. The Hershey Co.*, Case 2:16-cv-04322-NKL [ECF #56-1] (W.D. Mo. Apr. 12, 2017).

The foregoing document is cited on pages 6 and 14 of Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF #7), and mentioned on page 6 of Defendant's Reply in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).  (ECF #8.)

Dated:  December 12, 2017          PACIFIC TRIAL ATTORNEYS, APC

By: */s/ Scott J. Ferrell*
Scott. J. Ferrell
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell