PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ACH FOOD COMPANIES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  3:17-cv-01872-JAH-MDD<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]** |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within forty-five (45) days of the date of this Notice.

Date: June 3, 2020

Respectfully submitted,

PACIFIC TRIAL ATTORNEYS
A Professional Corporation

By: */s/Scott J. Ferrell*
    Scott J. Ferrell
    Attorneys for Plaintiff

- 2 -
**NOTICE OF SETTLEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2020, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                               */s/ Scott J. Ferrell Esq.*
                                               Scott J. Ferrell, Esq.