UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACH FOOD COMPANIES, INC., a Delaware Corporation; and Does 1 through 10, inclusive,<br><br>Defendant. | Case No. 17cv1872-JAH (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On July 28, 2020, Plaintiff Anthony Buso and Defendant ACH Food Companies, Inc., filed a joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 13.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated:  July 28, 2020

_____
Hon. John A. Houston
United States District Judge

1